BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Katie.de.Villiers@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:20-cv-001846-BR |
| **Plaintiff,** | |
| v. | COMPLAINT *IN REM* FOR FORFEITURE |
| **TWO (2) FIREARMS AND VARIOUS MAGAZINES, AMMUNITION AND ACCESSORIES,** *in rem*, | |
| **Defendants.** | |

Plaintiff, United States of America, for its complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to 18 U.S.C. §§ 922 and 924; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

**Complaint *in rem* for Forfeiture**                                                                                           Page 1

II.

Defendants, *in rem*, two Firearms and various magazines, ammunition and accessories, and further described as: a Winchester .300 magnum bolt action rifle bearing Serial Number G2272485, with attached Bushnell rifle scope; eight rounds of .380 auto ammunition; a Ruger LCP .380 auto handgun bearing Serial Number 371466156, with one Ruger LCP .380 auto handgun magazine; (29) rounds of 9mm luger ammunition; and (12) rounds of .45 ACP ammunition, are now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendants, *in rem*, two Firearms and various magazines, ammunition and accessories, and further described as: a Winchester .300 magnum bolt action rifle bearing Serial Number G2272485, with attached Bushnell rifle scope; eight rounds of .380 auto ammunition; a Ruger LCP .380 auto handgun bearing Serial Number 371466156, with one Ruger LCP .380 auto handgun magazine; and (12) rounds of .45 ACP ammunition, were involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), which prohibits a convicted felon from possessing a firearm or ammunition and the firearm and ammunition are therefore forfeitable to the United States pursuant to the provisions of 18 U.S.C. § 924(d), as more particularly set forth in the declaration of Chad Lindsly, Special Agent with the Homeland Security Investigations (HSI); marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, plaintiff, United States of America, prays that due process issue to enforce the forfeiture of Defendants, *in rem*, two Firearms and various magazines, ammunition and accessories, and further described as: a Winchester .300 magnum bolt action rifle bearing

Serial Number G2272485, with attached Bushnell rifle scope; eight rounds of .380 auto ammunition; a Ruger LCP .380 auto handgun bearing Serial Number 371466156, with one Ruger LCP .380 auto handgun magazine; (29) rounds of 9mm luger ammunition; and (12) rounds of .45 ACP ammunition; that due notice be given to all interested persons to appear and show cause why forfeiture of these Defendants, *in rem*, should not be decreed; that due proceedings be had thereon; that these Defendants be forfeited to the United States; that the plaintiff United States of America be awarded its costs and disbursements incurred in this action, and that plaintiff have such other and further relief as is just and equitable.

    Respectfully submitted this 26th day of October 2020.

                                          BILLY J. WILLIAMS
                                          United States Attorney

                                          *s/ Katherine C. de Villiers*
                                          KATHERINE C. DE VILLIERS
                                          Assistant United States Attorney

# VERIFICATION

I, Chad Lindsly, declare, under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, that I am a Special Agent with Homeland Security Investigations (HSI), and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

<u>*s/ Chad Lindsly*</u>
**CHAD LINDSLY**
Special Agent
Homeland Security Investigations

## DECLARATION OF CHAD LINDSLY

I, Chad Lindsly, do hereby declare:

### BACKGROUND/EXPERIENCE

1.    I have been employed as a Special Agent by Homeland Security Investigations (HSI) since December of 2010.  I am currently assigned to HSI Portland field office and have been since approximately February 2017.  I was also assigned as a collateral duty to the Drug Enforcement Administration Portland District Office Group D-51 as a Task Force Agent between February 2017 to July 2020.  Previously, I was assigned to the HSI Office in Calexico, California, where I worked for approximately six years.  My formal law enforcement training includes successfully completing the 23-week HSI basic training course at the Federal Law Enforcement Training Center in Glynco, Georgia.  During the training, I learned how controlled substances are manufactured, consumed, packaged, marketed, and distributed.  Since then, I have participated in dozens of drug investigations involving controlled purchase operations, vehicle tracking, cell phone geo-location techniques, cell-site simulators, and pen register/trap and trace orders.  I have interviewed and operated informants, executed search warrants, arrested and interviewed subjects, conducted physical surveillance, and utilized electronic and video surveillance.  I have been the affiant on over 100 search warrants.  I have also worked with and consulted numerous agents and law enforcement officers who have investigated drug trafficking and firearms offenses.

### PURPOSE OF THIS DECLARATION

2.    This declaration is made in support of the Complaint *in rem* for Forfeiture for the firearm and ammunition described below:

- A Winchester .300 magnum bolt action rifle bearing Serial Number G2272485, with attached Bushnell rifle scope;

- eight rounds of .380 auto ammunition;

- A Ruger LCP .380 auto handgun bearing Serial Number 371466156, with one Ruger LCP .380 auto handgun magazine;

- (29) rounds of 9mm luger ammunition; and,

- (12) rounds of .45 ACP ammunition.[1]

3. The information contained in this declaration shows that, on October 10, 2018, law enforcement seized these firearms and various magazines, ammunition and accessories from the residence of Alexandria Carter and Desmond Washington in Portland, Oregon, pursuant to a federal search warrant. I believe that these firearms various magazines, ammunition and accessories belong to Washington, a convicted felon, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d).

4. Because I am submitting this declaration for the limited purpose of establishing probable cause for the forfeiture of the firearm various magazines, ammunition and accessories, I have not included every fact known to me concerning this investigation. I have set forth the facts I believe are necessary to establish probable cause that there is evidence that the firearms and ammunition listed above are subject to forfeiture pursuant to 18 U.S.C. § 924(d), as they were involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), which prohibits a convicted felon from possessing a firearm or ammunition.

---

[1] As described further below, a Taurus PT-845 .45 ACP handgun bearing Serial Number NGW79391 and two Taurus handgun magazines were seized from the residence on October 10, 2018. The Government is not seeking forfeiture of that Taurus handgun and related magazines as part of this case because the handgun and magazines were stolen.

**Declaration of Chad Lindsly**                                                EXHIBIT A   PAGE 2
                                                                              Complaint *In Rem*
                                                                              FOR FORFEITURE

## LEGAL AUTHORITIES

5.  "It shall be unlawful for any person . . . who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year . . . to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."  18 U.S.C. § 922(g)(1).

6.  "Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . ."  18 U.S.C. § 924(d).

## SUMMARY OF THE INVESTIGATION

7.  On October 10, 2018, I conducted a court-authorized search of Alexandria Rene Carter and Desmond Boris Washington's residence located in Portland, Oregon (18-MC-907-D). During the execution of the warrant, agents found a Taurus model PT-845, .45 caliber handgun bearing Serial Number NGW79391 (hereinafter referred to as, "Taurus"), with a loaded magazine containing (12) bullets located in a bedroom dresser drawer.  Also located in the same drawer with the Taurus was a necklace with "i5dap" pendant, a gold Rolex-style watch, several gold necklaces, a taser, a gold dental grill, a digital scale with a white powdery residue, and several stray .380 caliber bullets.  The dresser that the items detailed above was in the master bedroom of the residence where it appeared Carter and Washington resided.

8.  Agents also found a Ruger LCP .380 auto handgun bearing Serial Number 371466156, with one Ruger LCP .380 auto handgun magazine containing (6) .380 bullets in the same dresser as the Taurus but in a different drawer.

9. Agents also found a box of (29) rounds of 9mm luger ammunition in the nightstand in the same bedroom where the Taurus, Ruger, and other firearm related items were seized.

10. Agents also found a Winchester .300 magnum bolt action rifle bearing Serial Number G2272485, with attached Bushnell rifle scope, in the closet located on the first floor in the living room. There was no ammunition recovered associated to the Winchester rifle.

11. I interviewed Carter while she was being detained at the residence during the execution of the search warrant. Prior to the interview, I advised Carter of her Miranda rights off a pre-printed Miranda rights waiver, to which Carter stated that she understood her rights and waived them freely and voluntarily. I informed Carter that agents found a Taurus .45 caliber handgun with a black handle and silver slide in a dresser drawer. Carter stated that she had no knowledge of the firearm. Several minutes later, I showed Carter a photograph of the Taurus handgun in the drawer with the other personal affects around the gun, identified to be associated to Washington. Carter paused for a moment and then claimed ownership of the Taurus handgun. I also asked Carter about the Ruger and Winchester. Carter claimed ownership of the Ruger handgun and Winchester rifle. Carter also stated that Washington resided at the residence and that Washington knew there were firearms located inside the residence.

12. Based on my knowledge and experience, and in conferring with other federal agents, I know that prohibited individuals, such as convicted felons, will often obtain firearms and ammunition through various means. I know that prohibited individuals often acquire firearms through non-prohibited individuals including spouses, girlfriends, and close friends to prevent law enforcement from identifying the prohibited individual as the true possessor and owner of the firearm and ammunition. I further know prohibited individuals will often keep

firearms in places not easily detected by law enforcement including hiding places in their residence, property, vehicles, shops, and outbuildings. Prohibited individuals will occasionally store their firearms with friends or other undisclosed third parties. I further know based on my knowledge and experience that if law enforcement catches the prohibited person with the firearm, the non-prohibited person often tries to protect the prohibited person by claiming and taking responsibility for the firearm. This is often an attempt to help prevent the prohibited individual from facing any criminal consequences pertaining to possessing the firearm.

13. I interviewed Washington while he was being detained at the residence during the execution of the search warrant. Prior to the interview, I advised Washington of his Miranda rights off a pre-printed Miranda rights waiver, to which Washington stated that he understood his rights and waived them freely and voluntarily. I asked Washington if the Taurus handgun was his, to which Washington denied any knowledge of the Taurus handgun. I asked Washington if the "i5dap" necklace, the gold watch, several gold necklaces, and the gold grill set belonged to him. These personal effects were all located in the same small dresser drawer where agents found the Taurus handgun. Washington stated that these personal items were his and he had last worn the items several days or weeks prior. Washington stated that Carter frequently cleaned the residence and she sometimes moved his personal items. Washington denied knowledge and ownership of the Taurus handgun. Washington stated that he was a convicted felon and knew it was against the law for him to possess a firearm.

14. I then conducted a review of a Facebook account believed to be Washington's, identified as the account with the user handle "Ike James," located at www.facebook.com/ike.james.792. A review of the Facebook account revealed numerous pictures of an individual I recognized by sight as Washington. A review of the profile picture for

the Facebook account showed a picture of Washington sitting inside a residence holding what appeared to be a firearm in each hand, including a large caliber handgun consistent in appearance with the Taurus handgun found in the bedroom dresser drawer. I also noted that in the Facebook picture, Washington wore personal effects consistent with the items found in the same dresser drawer with the Taurus handgun, including a gold watch, a gold dental grill, and the "i5dap" necklace. I determined that the Facebook picture was taken at Washington's residence because the furniture and wall décor in the background of the picture was consistent with my physical observations of the residence during execution of the search warrant. The picture was uploaded to Facebook and other related social media platforms on August 23, 2018.

15. Based on my investigation, I know that Washington is a music artist who uses the moniker "I5da.P". On October 11, 2018, I viewed a music video posted to YouTube entitled "Yung Cat x I5Da.P – This Life (Official Video) @ YungCatBgm," (Available at: https://www.youtube.com/watch?v=2-DQgzgbuxA). In the music video, at approximately the 22-second and 42-second marks, I recognized Washington holding a handgun that is consistent in appearance with the Taurus handgun with a black handle and silver slide that agents seized from the dresser drawer in Washington's bedroom on October 10, 2018.

16. I know Washington to have an FBI number of XXXXX4WB1. Washington is a convicted felon for the following offenses:

- Unlawful Delivery of Cocaine, on or about June 6, 2014, in Multnomah County Circuit Court, State of Oregon, case number 140130231;

- Unlawful Use of Weapon, on or about March 24, 2010, in Multnomah County Circuit Court, State of Oregon, case number 090933733;

**Declaration of Chad Lindsly**                              EXHIBIT A   PAGE 6
                                                             Complaint *In Rem*
                                                             FOR FORFEITURE

- Attempt Elude Police Officer – Vehicle, on or about October 29, 2008, in Multnomah County Circuit Court, State of Oregon, case number 080833578;

- Felon in Possession of Weapon – Firearm, on or about August 12, 2005, in Multnomah County Circuit Court, State of Oregon, case number 050533207;

- Possession of a Controlled Substance Offense, on or about January 27, 2005, in Multnomah County Circuit Court, State of Oregon, case number 040834271.

17. A subsequent DNA test found[2] that the Taurus handgun has DNA from four individuals, one of whom is defendant. According to the test report, the DNA results are 2.0 octillion times more likely if defendant and three unknown, unrelated people are contributors than if four unknown, unrelated people are contributors.

18. Washington was later charged in case 3:18-CR-00522-HZ-1 in the District of Oregon with being a felon in possession in connection with his alleged possession of the Taurus handgun described above. Trial on that case is currently scheduled to begin on October 27, 2020.

19. As detailed above, the Ruger handgun mentioned above was recovered from a different dresser drawer in the same bedroom and dresser that the Taurus was recovered in. The Ruger also contained a loaded magazine that contained six .380 bullets. A subsequent DNA test determined to contain DNA of multiple individuals, including Washington, to a high degree of mathematical probability.

---

[2] As litigated in related criminal case 3:18-CR-00522-HZ-1, it was determined that mistakes were made in the collection of the touch DNA. Thus, this increased the likelihood of cross contamination on the seized items tested for DNA.

**Declaration of Chad Lindsly**                                 EXHIBIT A   PAGE 7
                                                                 Complaint *In Rem*
                                                                 FOR FORFEITURE

20. As detailed above, the Winchester rifle mentioned above was recovered from a closet in the downstairs living room.  The Winchester was unloaded, and no bullets were recovered during the search of the residence.  A subsequent DNA test determined to contain DNA of multiple individuals, including Washington, to a high degree of mathematical probability.

21. During the investigation, agents discovered text messages on Carter's cellphone that she sent to Washington's cellphone, which suggested the guns belonged to Washington and that she was weary of him leaving his guns around the apartment as she feared for her child's safety:

- "Have guns laying around like they are toys then u have your friends come over and they have them layin out like its ok in my couches and shit cause they see u doin it"  (sent on July 5, 2018.)

- "U dont givr a fuck about me or my child u only care about u and urz im going to put all the guns in 1 bag and take them to your moms house if u dont get a safe for them u have 24 hrs to get a safe or im droping them off to ur mom" (sent on July 5, 2018.)

### CONCLUSION

22. Based on the foregoing, I have probable cause to believe, and I do believe, that the firearms and ammunition described above in Paragraph 2 are subject to forfeiture pursuant to 18 U.S.C. § 924(d), as they were involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), which prohibits a convicted felon from possessing a firearm or ammunition.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed this 26th day of October 2020.

>/s/ *Chad Lindsly*
>Chad Lindsly, Special Agent
>Homeland Security Investigations

✎JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
          LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        (U.S. Government Not a Party)

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                                                   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893  Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        another district
        (specify)

☐ 6   Multidistrict
        Litigation

☐ 7   Appeal to District
        Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing  (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐   CHECK IF THIS IS A **CLASS ACTION**
     UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____